UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARRIET KELLUM, and
KELLY McGUIRE,

        Plaintiffs,

v.                                                                                                  Case No. 12-CV-13056
                                                                       Honorable Denise Page Hood
SAVASENIORCARE, LLC, a Delaware
limited liability company, and SAVA SENIOR
CARE BEVERLY HILLS OPERATING
COMPANY, LLC, a Delaware limited liability
company, and CAMBRIDGE SOUTH, INC.,
a Michigan corporation, jointly and severally,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE

Now before the Court is Defendants' Motion to Strike Docket No. 8, Plaintiffs' Response to Defendants' Motion to Dismiss. Approximately one month after the deadline for responses to Defendants' Motion to Dismiss, Plaintiffs filed a motion for leave to file a late response. Plaintiffs filed their response on the date requested before the Court granted actual leave to file. The Court subsequently granted Plaintiffs' request for leave, making Plaintiffs' response timely. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Strike Docket No. 8 [Docket No. 11, filed September 11, 2012] is **DENIED**.


Dated: March 29, 2013        S/Denise Page Hood
                                           Denise Page Hood
                                           United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager